[No. 15847-1-III.    Division Three.    December 16, 1997.]

THE STATE OF WASHINGTON, *Respondent*, v. PAUL E. ROBERTS, *Appellant*.

Appeal from a judgment of the Superior Court for Benton County, No. 95-1-00119-3, Craig Matheson, J., entered December 21, 1995. *Affirmed* by unpublished opinion per Brown, J., concurred in by Schultheis, A.C.J., and Kurtz, J.

[No. 16026-2-III.    Division Three.    December 16, 1997.]

THE CITY OF ELLENSBURG, *Appellant*, v. KITTITAS COUNTY, ET AL., *Respondents*.

Appeal from a judgment of the Superior Court for Kittitas County, No. 95-2-00374-8, Richard Miller, J. Pro Tem., entered August 7, 1996. *Affirmed* by unpublished opinion per Kato, J., concurred in by Kurtz and Brown, JJ. Now published at 90 Wn. App. 1.

[Nos. 16051-3-III; 16052-1-III;    Division Three.    December 16, 1997.]
    16053-0-III.

*In the Matter of Dependency of* D.H., ET AL.

LAURA H., *Appellant*, v. THE DEPARTMENT OF SOCIAL & HEALTH SERVICES, *Respondent*.

Appeals from judgments of the Superior Court for Chelan County, Nos. 95-7-00021-8, 95-7-00023-4, Carol A. Wardell, J., entered February 14, 1996. *Affirmed* by unpublished opinion per Kurtz, J., concurred in by Schultheis, A.C.J., and Brown, J.

[No. 15502-1-III.    Division Three.    December 18, 1997.]

*In the Matter of the Marriage of* SHARON L. KELLEY, *Respondent*, and MICHAEL J. KELLEY, *Appellant*.

Appeal from a judgment of the Superior Court for Grant County, No. 94-3-00329-1, Kenneth L. Jorgensen, J., entered January 3, 1996. *Affirmed* by unpublished opinion per Schultheis, J., concurred in by Sweeney, C.J., and Kurtz, J.